FILED *MHN*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

APR 10 2008 *aew*
4-10-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Plaintiff(s) Anthony Howard, Dawayne Tolliver,
Lorenzo Hicks, Davelle Spencer
v.

08CV2037
JUDGE ZAGEL
MAGISTRATE JUDGE COX

Defendant(s) Thomas Dart, Sheriff of Cook County,
Thomas Snooks Cook County Illinois, John M. Raba,
Division 11 M.D. Director, Health Services, Ruth
Superintendent M. Roth.stein Chief Bureau of Health Services

## MOTION FOR APPOINTMENT OF COUNSEL

1. I, _Anthony Howard_, declare that I am the (check appropriate box)
   ☒ plaintiff ☐ defendant in the above-entitled proceeding and state that I am unable to afford
   the services of an attorney, and hereby request the Court to appoint counsel to represent me in
   this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to
   represent me in this proceeding: Mitchell & Bolden, Eric A. Mitchell 54 North Ottam
   Street Suite 245. Joliet, Illinois 60452
   Kayode A. Idris Esq.      John Fitzgerald, Lyke Jr. Law Office of John Fi.Lyl
   49.54 N. Broadway         1505 E. 53rd. Street Suite 200 Chicago, Ill. 60615
   Suite 258 Chicago
   Illinois 60640

3. In further support of my motion, I declare that (check appropriate box):

   ☒ I am not currently, nor previously have been, represented by an attorney appointed by the
   Court in this or any other civil or criminal proceeding before this Court.

   ☐ I am currently, or previously have been, represented by an attorney appointed by this Court in
   the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   ☒ I have attached an original Application to Proceed In Forma Pauperis in the proceeding
   detailing my financial status.

   ☐ I have previously filed an Application to Proceed In Forma Pauperis in this proceeding and it is
   a true and correct representation of my financial status.

   ☐ I have previously filed an Application to Proceed In Forma Pauperis in this proceeding; how
   ever, my financial status has changed and I have attached an amended Application to Proceed
   In Forma Pauperis to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

_Anthony Howard_
Movant's Signature

P.O. Box 089002
Street Address

Chicago, Ill. 60608
City/State/Zip

Date: 2/1/08

As indicated in paragraph three on the opposite page, I am currently, or previously have been, represented by an attorney appointed by this Court in the following civil or criminal action(s):

| Assigned Judge | Case Number |
|---|---|
| Case Title | |
| Appointed Attorney's Name | |
| | |
| If case is still pending, please check box: ☐ | |

| Assigned Judge | Case Number |
|---|---|
| Case Title | |
| Appointed Attorney's Name | |
| | |
| If case is still pending, please check box: ☐ | |

| Assigned Judge | Case Number |
|---|---|
| Case Title | |
| Appointed Attorney's Name | |
| | |
| If case is still pending, please check box: ☐ | |

| Assigned Judge | Case Number |
|---|---|
| Case Title | |
| Appointed Attorney's Name | |
| | |
| If case is still pending, please check box: ☐ | |