Order Form (01/2005)

# United States District Court, Northern District of Illinois



| Name of Assigned Judge or Magistrate Judge | JAMES B. ZAGEL | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 2037 | DATE | APR 2 4 2008 |
| CASE TITLE | Anthony Howard v. Thomas Dart, et al. | | |

**DOCKET ENTRY TEXT:**

In light of his release from jail, the plaintiff is directed to file an updated application for leave to proceed *in forma pauperis* regarding his current financial and employment status. *See, generally, Robbins v. Switzer*, 104 F.3d 895, 898 (7th Cir.1997). Failure to comply within twenty-one days of the date of this order will result in denial of leave to proceed *in forma pauperis* and summary dismissal of this case. The Clerk is directed to mail the plaintiff an i.f.p. application along with a copy of this order.

■ [Docketing to mail notices.]

mjm