## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | JAMES B. ZAGEL | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2037 | **DATE** | 5/28/2008 |
| **CASE TITLE** | Anthony Howard v. Thomas Dart, et al. | | |

**DOCKET ENTRY TEXT:**

On his renewed application for leave to proceed *in forma pauperis*, the plaintiff indicates that he has received no money from any source in the past twelve months. The plaintiff is directed either to file an amended i.f.p. application or a supplemental affidavit explaining how he has managed to survive with no savings or income whatsoever. Failure to comply within twenty-one days of the date of this order will result in denial of leave to proceed *in forma pauperis* and summary dismissal of this case. The Clerk is directed to mail the plaintiff an i.f.p. application along with a copy of this order. The plaintiff is reminded that he must provide the court with the original plus a judge's copy of every document filed.

■ **[Docketing to mail notices.]**

mjm