**FILED**
7-22-2008
JUL 22 2008
MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MHN

| Judge | Ruben Castillo | | |
|---|---|---|---|
| Case Number | 08C 2037 | Date | July 07, 2008 |
| Case Title | Howard, et al. V. Dart, et al. | | |

## Statement

I, Develle Spencer, am informing this court that Mr. Spencer had no intent of filing any joining complaint and was unaware of such actions...

Having this brought to the attention of this court. Mr. Develle Spencer wishes to <u>not</u> be involved in the proceedings of this matter, seeing that Mr. Spencer had been implicated <u>without his consent</u>, thus far; I, Develle Spencer, must resolve by way of.

I, Develle Spencer would like to advise this court that I (Develle Spencer) wish to —

— "**opt out**"

of this lawsuit. However been made a Co-Plaintiff without the knowledge of such a proceeding involving himself deemed as such. Mr. Spencer wish that this court honors Mr. Spencer's request.

<u>Truely and sincerely</u>

*Develle Spencer*
Develle Spencer
B-45254

# Certificate of Service

I, Develle Spencer, swear under penalty of perjury that I served a copy of the attached document on-(Howard, et al. v. Dart, et al. 08 C 2037) Assigned Judge Ruben Castillo U.S. District Court, 219 South Dearborn st. Chgo, Il. 60604 — by placing it in the mail at the, Western Correctional center on date of 07 of the month of July, year 2008.

Develle Spencer
B-45254