## UNITED STATE DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| ANTHONY HOWARD, pro se )<br>)<br>)<br>Plaintiff, )<br>)     08 C 2037<br>v. )<br>)     James B. Zagel<br>THOMAS DART, et al )<br>)<br>Defendants. ) | |

### NOTICE OF MOTION

TO:   Anthony Howard
      #2007-0075984
      Cook County Jail
      P.O. Box 089002
      Chicago, IL 60608

PLEASE TAKE NOTICE that on **September 9, 2008,** at **10:15 A.M**. or as soon thereafter as counsel may be heard, I shall appear before Judge Zagel, in the United States District Court, Northern District of Illinois, Eastern Division, and present the attached **DEFENDANT DART'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT.**

                              Respectfully submitted,

                              RICHARD A. DEVINE
                              State's Attorney of Cook County

                        By    *s/Daniel J. Fahlgren*
                              Daniel J. Fahlgren, 6201163
                              Assistant State's Attorney
                              500 Richard J. Daley Center
                              Chicago, IL 60602
                              (312) 603-3304

### CERTIFICATE OF SERVICE

I, Daniel J. Fahlgren, Assistant State's Attorney, hereby certify that the attached documents were served upon the above-named person on September 2, 2008, electronically, pursuant to ECF Gen Order XI (C).
                    *s/Daniel J. Fahlgren*